CV6-054.ROBERTSON 



TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-96-00054-CV







Robert David Robertson, Appellant



v.



Sandra Elizabeth Robertson, Appellee







FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT


NO. 154,407-C, HONORABLE RICK MORRIS, JUDGE PRESIDING







PER CURIAM

 Robert David Robertson attempted an appeal from a judgment signed November
2, 1995, in favor of Sandra Elizabeth Robertson. The transcript, however, was filed late. The
transcript was filed after time had passed during which Mr. Robertson could have timely filed a
motion to extend time to file the transcript. The clerk of this Court wrote him, noting the
deficiency. Tex. R. App. P. 60 (a)(2). Subsequently, Mr. Robertson filed a motion for extension
of time to file the transcript. 

 Because the transcript was not timely filed and the motion for extension of time to
file the transcript is untimely, we cannot file the transcript. B.D. Click Co. v. Safari Drilling
Corp., 638 S.W.2d 860, 862 (Tex. 1982). This Court cannot consider a late-filed transcript. 
Tex. R. App. P. 54(a). Without a transcript, Mr. Robertson has not invoked this Court's
jurisdiction. We overrule Mr. Robertson's motion for extension of time to file the transcript.

 We dismiss the cause for want of jurisdiction.


Before Justices Powers, Jones and B. A. Smith

Dismissed for Want of Jurisdiction

Filed: March 13, 1996

Do Not Publish